Inmate: Wilford N. Peterson
8602 Peach St.
Lubbock, Texas 79404

Cause No: 12-CR-2766

Tuesday, July 21, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JUL 27 2015

CHRISTOPHER A. PRINE

CLERK _____

Re: Case No, 01-14-00228-CR
Styles Wilford N. Peterson
V. State Of Texas

I, Appellant Am turning to the said court of Appeal enorder that i may get some Relief in my fight for justice. I Received a letter from my lawyer Mr. Jared S. Robinson on or about the 4th of Dec. 2014 stating that said court had granted the State a Extension of time to file a Motion to the brief that Mr. Robinson had filed on my behalf. Since that time I have Not had any Response to any Decision that the Court has made.

The Communication between myself and Mr. Robinson is in a strain! even though i write him to find out what is the outcome of the brief.

Could you Please help me in attaining any Documents pertaining to the brief Mr. Robinson filed for me! So i will know what i should do from here. Thank you for your time and Patient.

Inmate: Wilford N. Peterson

T.D.C.J. No: 1913957

Wilford M. Peterson T.D.C.J. 1913957
8602 Peach St.
Lubbock, Tx. 79404

legal

LUBBOCK TX 794

23 JUL 2015 PM 2 T

FOREVER USA

RECEIVED
FIRST COURT OF APPEALS
HOUSTON TEXAS

JUL 27 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED
7700282066

To: First Court of Appeals
301 Fannin Street
Houston, Tx. 77002